IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADRIAN MARTINEZ,<br><br>            Petitioner,<br><br>   vs.<br><br>TOM BARR, Hospital Administrator; KRIS BOE SIMMONS, Clinical Program Manager; DR. STEPHEN O'NEILL, MD Clinical Director, Staff Psychiatrist; DIANE SCHUMAKER, PAC; DR. MARGARET DONOVAN, Ph.D Director of Psycology; DR. JEAN A. LAING, Ph.D Clinical Psycologist; and TABETHA E. WAGGONER, LCSW, MSW, LMHP Sex Therapist;<br><br>            Respondents. | 8:20CV272<br><br>MEMORANDUM AND ORDER |

      Petitioner filed a Petition for Writ of Habeas Corpus (filing 1) and a Motion for Leave to Proceed in Forma Pauperis (filing 2). Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 filing fee. 28 U.S.C. § 1914(a). However, after considering Petitioner's financial status as shown in the records of this court (*see* trust account statement at filing 3), leave to proceed in forma pauperis will be granted and Petitioner is relieved from paying the filing fee. *See* 28 U.S.C. § 1915(a)(1).

      IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to Proceed in Forma Pauperis (filing 2) is granted. The next step in this case is for the court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The court will conduct this review in its normal course of business.

Dated this 9th day of July, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

2